DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7220
Facsimile:  (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, State of California, *ex rel.* Hercules Malabanan,<br><br>  Plaintiffs,<br>  v.<br><br>San Francisco Pain Management and Physical Therapy (d.b.a. Total Care Plus), *et al.*,<br><br>  Defendants. | Case No. 14-CV-05165 LB<br><br>**STIPULATION AND NOTICE OF DISMISSAL** |

    1.    Under Federal Rule of Civil Procedure 41(a)(1), the United States of America and the Relator in this action, through his successor in interest and authorized representative, Nieves Briones Malabanan, hereby stipulate to dismiss with prejudice the claims against defendant Parvez Fatteh ("Fatteh") concerning the "Covered Conduct," as defined in and pursuant to the terms and conditions of the Settlement Agreement that they entered into with Fatteh, effective on July 10, 2020 ("Settlement Agreement").

    2.    Under Federal Rule of Civil Procedure 41(a)(1), and consistent with the terms of the Settlement Agreement, the Relator dismisses without prejudice all other claims made against Fatteh, and claims made against all remaining defendants San Francisco Pain Management and Physical Therapy (d.b.a. Total Care Plus), Thang Nguyen, Anthony Ngo, and Eugene Plotista.  The United States has

informed Relator that it consents to the dismissal of the remaining claims in this case against Fatteh and the claims against all remaining defendants, provided that dismissal is without prejudice to the rights of the United States.

3. The United States and the Relator specifically do not release any claims not expressly released by the Settlement Agreement.

4. No answer has been served or filed, and no parties other than the United States and the Relator have appeared in this action.

IT IS SO STIPULATED.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

DATED: July 29, 2020      By: _____/s/_____
                          GIOCONDA R. MOLINARI
                          Assistant United States Attorney
                          Attorneys for the United States


COTCHETT, PITRE, MCCARTHY, LLP

DATED: July 29, 2020      By: _____/s/_____
                          NIALL P. MCCARTHY
                          JUSTIN T. BERGER


THE BROD LAW FIRM

DATED: July 29, 2020      By: _____/s/_____
                          GREGORY J. BROD
                          Attorneys for Plaintiff-Relator

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

STIPULATION OF DISMISSAL
Case No. 14-CV-05165 LB                 2